Anthony L. Rafel, OSB #066472
arafel@rafellawgroup.com
Rafel Law Group PLLC
1100 SW 6th Ave., Ste. 1600
Portland, OR 97204
(503) 808-9960 (phone)
(503) 243-2687 (fax)
Attorneys for Plaintiffs Fountaincourt Homeowners'
Association and Fountaincourt Condominium Owners'
Association

Robert L. O'Halloran, OSB #823577
roberto@mcewengisvold.com
McEwen Gisvold LLP
1600 Standard Plaza
1100 SW 6th Avenue
Portland, OR 97204
(503) 226-7321 (phone)
(503) 243-2687 (fax)
Attorneys for Plaintiffs Fountaincourt Homeowners'
Association and Fountaincourt Condominium Owners'
Association

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FOUNTAINCOURT HOMEOWNERS' ASSOCIATION and FOUNTAINCOURT CONDOMINIUM OWNERS' ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | No. 6:09-CV-655-AA<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** – Page 1



Rafel Law Group PLLC
1100 SW 6th Ave., St. 1600
Portland, OR 97204
503.808.9660

gb013901

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), it is hereby stipulated by and between Plaintiffs Fountaincourt Homeowners' Association and Fountaincourt Condominium Owners' Association (collectively "Plaintiffs") and Defendant American Family Mutual Insurance Company ("Defendant") that all claims brought by Plaintiffs against Defendant in the above-captioned action are dismissed without prejudice and without an award of attorney fees or costs to either party.

DATED this 3rd day of February, 2011.

| RAFEL LAW GROUP PLLC | TODD S. BARAN, PC |
|---|---|
| By: /s/ Anthony L. Rafel<br>Anthony L. Rafel, OSB #066472<br>arafel@rafellawgroup.com<br>1100 S.W. 6th Ave., Ste. 1600<br>Portland, OR 97204<br>(503) 808-9660 (phone)<br>(505) 243-2687 (fax)<br>Attorneys for Plaintiffs Fountaincourt Homeowners' Association and Fountaincourt Condominium Owners' Association | By: /s/ Todd S. Baran<br>Todd S. Baran, OSB #17364<br>todd@baranlegal.com<br>4004 S.E. Division St.<br>Portland, OR 97202-1645<br>(503) 230-2888 (phone)<br>(877) 421-6686 (fax)<br>Attorneys for Defendant American Family Mutual Insurance Company |
| MCEWEN GISVOLD LLP<br><br>By: /s/ Robert L. O'Halloran<br>Robert L. O'Halloran, OSB #823577<br>Roberto@mcewengisvold.com<br>Katie Jo Johnson, OSB #063823<br>katiejo@mcewengisvold.com<br>1100 S.W. 6th Ave., Ste. 1600<br>Portland, OR 97204<br>(503) 226-7321 (phone)<br>(503) 243-2687 (fax)<br>Attorneys for Plaintiffs Fountaincourt Homeowners' Association and Fountaincourt Condominium Owners' Association | |

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** – Page 2



Rafel Law Group PLLC
1100 SW 6th Ave., St. 1600
Portland, OR 97204
503.808.9660

gb013901

## CERTIFICATE OF SERVICE

1. I, Joni Thomas, am over 18 years of age and a U.S. citizen. I am employed as a Legal Assistant by the law firm of Rafel Law Group PLLC.

2. I hereby certify that on the 3rd day of February, 2011, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send electronic notification of such filing to the following attorneys of record:

## DOCUMENTS

- STIPULATION OF DISMISSAL
- CERTIFICATE OF SERVICE

| PARTY | SERVICE VIA |
|---|---|
| Todd S. Baran, OSB #17364<br>todd@baranlegal.com<br>4004 S.E. Division St.<br>Portland, OR 97202-1645<br>(503) 230-2888 (phone)<br>(877) 421-6686 (fax)<br>Attorneys for Defendant American Family Mutual Insurance Company | Electronic Notification<br>CM/ECF system |

I declare under penalty of perjury that the foregoing is true and correct and that this certificate was executed on February 3, 2011 at Seattle, Washington.

*/s/ Joni Thomas*
Joni Thomas

---

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** – Page 3

Rafel Law Group PLLC
1100 SW 6th Ave., St. 1600
Portland, OR 97204
503.808.9660

gb013901