UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
Eugene Division

FOUNTAINCOURT HOMEOWNERS' ASSOCIATION
and FOUNTAINCOURT CONDOMINIUM
OWNERS' ASSOCIATION,

                **Plaintiffs,**

                v.                          Civil No. 09-655-AA

AMERICAN FAMILY MUTUAL INSURANCE
COMPANY,

                **Defendant.**
_____

## JUDGMENT

This action is dismissed without prejudice.

Dated: February 7, 2011.

                Mary Moran, Clerk of Court

                      /s/ Christine Weller
        by
                Christine Weller, Deputy

**JUDGMENT**                    **DOCUMENT NO:** _____